**ORDER:**
Motion granted. The arraignment is set for Wednesday, June 26, 2013, at 9:45 a.m

*E. Clifton Knowles*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> JOSEPHINA LOPEZ-LAJUJ. ) | Case No. 3:13-00090(5) <br> (Magistrate Judge Knowles) |

MOTION TO CONTINUE 6/25/13 ARRAIGNMENT

Comes the Defendant, through counsel, and moves the Court to continue the arraignment set in this matter for Tuesday, 6/25/13 at 10:30. (D.E. 44)

Counsel for the Defendant mis-calendared the arraignment as scheduled for Wednesday, 6/26/13 instead of the correct dated of Tuesday, 6/25/13. In reviewing this week's work this morning, undersigned counsel realized his error. Unfortunately undersigned counsel has multiple cases scheduled in Giles County Circuit Court all day on 6/25/13, which cannot be reasonably rescheduled until 30 days later – and which were continued 30 days last month due to counsel being in trial in Judge Campbell's court.

Counsel accordingly moves the Court to continue the arraignment in this matter to any time on 6/26/13, 6/27/13, 6/28/13, 7/1/13 (not later than 3:00), 7/3/13, or 7/5 13.

Respectfully submitted,

s/ Hershell Koger
Hershell Koger
P.O. Box 1148 Pulaski, TN 38478
(931) 424-0882
kogerlaw@hotmail.com

CERTIFICATE OF SERVICE
I CERTIFY THAT ON 6/24/13, 2011 I ELECTRONICALLY FILED THE FOREGOING MOTION TO CONTINUE ARRAIGNMENT WITH THE CLERK OF THE COURT BY USING THE CM/ECF SYSTEM, WHICH WILL SEND A NOTICE OF ELECTRONIC FILING TO THE FOLLOWING:

Hilliard H. Hester, AUSA
110 NINTH AVE., SOUTH
SUITE A961
NASHVILLE, TN 37203

s/ Hershell Koger
Hershell Koger