# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF TENNESSEE

U.S.A. vs. Wendy Jacqueline Cruz                    Docket No. 0650 3:13CR00090 - 2

### Petition for Action on Conditions of Pretrial Release

COMES NOW Angela D Rankin                    , PRETRIAL SERVICES OFFICER
presenting an official report upon the conduct of defendant Wendy Jacqueline Cruz
who was placed under pretrial release supervision by the Hon. Joe B. Brown, U.S. Magistrate Judge
sitting in the Court at Nashville, Tennessee , on April 29, 2013 , under the following
conditions: Please reference the attached Order Setting Conditions of Release.

Respectfully presenting petition for action of Court and for cause as follows:
Please reference page two of this document.

I declare under penalty of perjury that the foregoing is true and correct.

Angela D Rankin _____ Nashville, TN _____ July 23, 2013
U.S. Pretrial Services Officer                   Place:                        Date:

Next Scheduled Court Event      _arraignment_ (Event)      7-29-2013 (Date)

---

## PETITIONING THE COURT

☐ No Action                                    ☐ To issue an order setting a hearing on the petition
☒ To Issue a Warrant                           ☐ Other

---

### THE COURT ORDERS:

☐ No Action
☒ The Issuance of a Warrant.
   ☐ Sealed Pending Warrant Execution
     (cc: U.S. Probation and U.S. Marshals only)
☐ Other

☐ A Hearing on the Petition is set for

_____ _____
Date                          Time

Considered and ordered this 23d day
of July , 2013 , and ordered filed
and made a part of the records in the above
case.

_Joe B Brown_
Honorable Joe B. Brown
U.S. Magistrate Judge

The M J has also considered
The Government request for
a warrant which will be
filed by the Clerk under
seal.

Honorable Joe Brown
U.S. Magistrate Judge
Petition for Action on
Wendy Cruz
3:13CR00090-002
July 23, 2013

**Special Conditions of Release:**

See attached Order Setting Conditions of Release.

On April 29, 2013, Wendy Cruz, appeared before Your Honor for an initial appearance, after being charged with violating 18 U.S.C. 371: Conspiracy to Use the Mails to Defraud. The Government did not file a motion for detention. The defendant was released on that date to pretrial services supervision with special conditions.

**New Violations:**

**The defendant must submit to supervision by and report for supervision to the Pretrial Services as directed.**

**Travel is restricted to the Middle District of Tennessee.**

**The defendant shall be placed on curfew from 8:00 p.m. until 7:00 a.m. Monday through Sunday.**

Defendant Cruz was released to pretrial supervision and placed on curfew with the Pretrial Services Unit, as court ordered. However, she has failed to contact this officer with any new phone numbers as directed, and as a result this officer has been unable to monitor the curfew.

On July 23, 2013, this officer was advised by Assistant U.S. Attorney Trey Hester that a person by the name of Wendy J. Cruz, same date of birth as the defendant's, had purchased a ticket for a one-way flight to Honduras leaving this date at approximately 4:00 p.m. from Miami, Florida. As a result of this information, this officer, along with Homeland Security Investigations Special Agent Wayne Dickey conducted a home contact at approximately 11:30 a.m. this date R the defendant's residence. The defendant's daughter advised that her mother had left the residence at approximately 7:00 a.m.; however, she was unclear as to her whereabouts, and further advised that the defendant did not have a cellular phone. This officer has been unable to make contact with the defendant at her residence or via telephone.

It should be noted that the defendant's young children were sent to the defendant's family's residence in Honduras, on or about May 26, 2013.

Honorable Joe Brown
U.S. Magistrate Judge
Petition for Action on
Wendy Cruz
3:13CR00090-002
July 23, 2013

**<u>Respectfully Petitioning the Court as Follows:</u>**

It is the recommendation of Pretrial Services that a warrant be issued for the defendant's arrest and that she be brought before the Court for a hearing to determine if her bond should be revoked. Assistant U.S. Attorney Trey Hester has been contacted and concurs with this recommendation.

Approved: _____
     W. Burton Putman
     Supervisory U.S. Pretrial Services Officer

cc: AUSA Trey Hester
  Defense Counsel Kathleen Morris