UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:13-00090-6 |
| | ) | JUDGE SHARP |
| MARCO TULIO POLANCO-ALVARADO | ) | |
| | ) | |

## O R D E R

Pending before the Court is Defendant's Motion for Change of Plea Hearing (Docket No. 137).

The motion is GRANTED and a hearing on a plea of guilty is hereby scheduled for Monday, August 12, 2013, at 2:30 p.m.

It is so ORDERED.

*[signature: Kevin H. Sharp]*

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE