**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:13-00090-3** |
| | ) | **JUDGE SHARP** |
| **SULIANA DIAZ-OROZCO** | ) | |

## O R D E R

A hearing on a plea of gulity in this matter is hereby scheduled for **Friday, August 23, 2013, at 2:00 p.m.**

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE